# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARCHOS LLC,<br><br>　　　　　Defendant. | C.A. No. 12-932-LPS |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal rule of Civil Procedure 41(a)(1), Plaintiff Data Carriers, LLC ("Plaintiff") voluntarily dismisses without prejudice the above-entitled action against defendant Archos LLC ("Defendant"). This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated: February 12, 2014

OF COUNSEL:

Paul V. Storm
Sarah M. Paxson
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201
(214) 999-3000
pvstorm@gardere.com
spaxson@gardere.com

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff Data Carriers, LLC*